**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60744-CV-MIDDLEBROOKS/Augustin-Birch

VLADIMIR MIRANDA CASTILLO,

    Petitioner,

v.

MITCHELL DIAZ, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on March 26, 2026. (DE 8). The Report recommends granting Petitioner Miranda Castillo's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent did not file objections to the Report, and the deadline to do so has expired.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 8) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED**, as set forth in the Report, insofar as it seeks an immediate bond hearing.

(3) Accordingly, Respondent shall either afford Petitioner an individualized bond hearing before an immigration judge **within 7 days of entry of this Order**, or release Petitioner.

(4) Petitioner may file a timely motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, if appropriate.

(5) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS**

   **MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 7 of April, 2026.

Donald M. Middlebrooks
United States District Judge


Copies to:   Magistrate Judge Augustin-Birch;
              Counsel of Record;

2