**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60744-CV-MIDDLEBROOKS/Augustin-Birch

VLADIMIR MIRANDA CASTILLO,

      Petitioner,

v.

MITCHELL DIAZ, et al.,

      Respondents.

_____/

## ORDER DENYING EMERGENCY MOTION

THIS CAUSE comes before the Court on Petitioner Vladimir Miranda Castillo's Emergency Motion to Enforce Court Order and For Immediate Release, filed on April 14, 2026. (DE 10). Magistrate Judge Augustin-Birch issued her Report and Recommendations on March 26, 2026. (DE 8).  On April 7, 2026, I entered an Order adopting the Report and Recommendation, thereby requiring Respondent to either afford Petitioner an individualized bond hearing before an immigration judge within 7 days of entry the Order, or release Petitioner Castillo. (DE 9).

In his Motion, Petitioner argues that April 14, 2026, marked seven days since the entry of the Order and Respondent's alleged noncompliance warrants immediate release. Respondents represent that Petitioner was provided with a bond hearing on April 15, 2026. (DE 12 at 1). Respondents suggest that this hearing was timely because my Order was docketed on April 8, 2026. (*Id.*). Regardless of whether the hearing comports exactly with the date set in the Order, in light of the influx of immigration-related cases, I decline to fault Respondents for a short delay in providing the individualized bond hearing. As a result, I do not find that the alleged delay warrants immediate release.

2

Accordingly, it is hereby **ORDERED AND ADJUDGED** Petitioner Vladimir Miranda Castillo's Emergency Motion to Enforce Court Order and For Immediate Release (DE 10) is **DENIED**.

SIGNED in Chambers in West Palm Beach, Florida, this 5 day of June, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:

Magistrate Judge Augustin-Birch;

Counsel of Record

2